**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ORLANDO JACKSON,
      a/k/a "Lil Drama,"

      Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*.  This matter is set for a change of plea hearing on February 8, 2011, at 1:30 p.m.   Time has become available to hold the this hearing at an earlier time.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That the change of plea hearing set for February 8, 2011, is **VACATED** at 1:30 p.m., and is **RESET** to **9:00 a.m.** on this date; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  February 4, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.