**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ORLANDO JACKSON,
      a/k/a "Lil Drama,"

      Defendant.

---

## MINUTE ORDER[1]

---

On February 8, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the court shall conduct a joint change of plea hearing on **May 13, 2011**, at 2:30 p.m, with Criminal Action No. 10-cr-00345-REB-01; ***USA v. Rodriguez-Lorenzana***; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: February 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.