**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ORLANDO JACKSON,
      a/k/a "Lil Drama,"

      Defendant.

---

**MINUTE ORDER**[1]

---

Due to a conflict arising on the court's calendar, the change of plea hearing set for May 13, 2011, should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the change of plea hearing set for May 13, 2011, is **VACATED** and is **CONTINUED** to August 11, 2011, at 9:00 a.m.; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.