# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ORLANDO JACKSON,
    a/k/a "Lil Drama,"

    Defendant.

## MINUTE ORDER[1]

On August 11, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 8, 2011**, commencing at 9:00 a.m, the court shall conduct a change of plea hearing for this defendant; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.